UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES D. CHAVEZ, | ) | No. CV 08-4698 SJO (FFM) |
| Petitioner, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| ROBERT HOREL, WARDEN, | ) | |
| Respondent. | ) | |

On October 26, 2007, petitioner filed in this Court a Petition for Writ of Habeas Corpus (CV 07-6977 SJO (FFM)). On July 17, 2008, this Court issued a Report and Recommendation of United States Magistrate Judge recommending that the petition be dismissed with prejudice as time-barred. That Report and Recommendation concluded that the limitations period for petitioner to file a petition for writ of habeas corpus challenging his sentence or conviction expired on March 18, 2004. Objections to the Report and Recommendation are due by August 11, 2008.

On July 17, 2008, petitioner filed the instant Petition for Writ of Habeas Corpus (CV 08-4698 SJO (FFM)). The instant petitioner challenges the same sentence challenged in the earlier petition. It appears, therefore, that the instant petition is also barred by the limitations period contained in 28 U.S.C. §

///

2244(d)(1). Under the circumstances, petitioner is ordered to show cause in writing by August 11, 2008, why the instant petition should not be dismissed as time-barred.

DATED: July 24, 2008

/ s / FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge