FILED
CLERK, U.S. DISTRICT COURT

DEC 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAMES D. CHAVEZ,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT HOREL, WARDEN,<br><br>    Respondent. | No. CV 08-4698 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 12/18/08

S. JAMES OTERO
United States District Judge